

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00599-CV

**IN THE INTEREST OF J. C. W. AND I. O. W,**

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-286
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record was due by August 5, 2019, but was not filed. On September 10, 2019, the district clerk filed a notification of late record asking for an extension until October 4, 2019. After review, we **GRANT** the district clerk's request for additional time and **ORDER** her to file the clerk's record in this court **on or before October 4, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court